**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RONALD LYNN DUFLOTH,<br><br>    Defendant. | Case No. 2:18-cr-035-KJD-NJK<br><br>**<u>ORDER</u>** |

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, September 11, 2018 at 9:00 a.m. be vacated and continued to <u>December 12, 2018</u> at the hour of <u>9:00</u> <u>a</u>.m.; or to a time and date convenient to the court.

    DATED this <u>27th</u> day of August, 2018.

                                                          _____
                                                           UNITED STATES DISTRICT JUDGE
                                                           KENT J. DAWSON