Prob12B
D/NV Form
Rev. June 2014

**United States District Court**
**for**
**the District of Nevada**

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**April 26, 2023**

Name of Offender: **Ronald Lynn Dufloth**

Case Number: **2:18CR00035**

Name of Sentencing Judicial Officer: **Honorable Kent J. Dawson**

Date of Original Sentence: **December 12, 2018**

Original Offense: **Bank Robbery**

Original Sentence: **46 Months prison, followed by 60 Months TSR.**

Date Supervision Commenced: **April 20, 2021**

Name of Assigned Judicial Officer: **Honorable Kent J. Dawson**

**PETITIONING THE COURT**

☒ To modify the conditions of supervision as follows:

1. **GPS Location Monitoring (Standalone) – You will be monitored by the form of GPS location monitoring technology for an additional 30 days.  You must follow the rules and regulations of the location monitoring program.  You must pay the costs of the program, based on your ability to pay.**

**CAUSE**

As a condition of release Dufloth is prohibited from gambling and is restricted from entering a gaming establishment except for the purpose of employment.

On March 15, 2023, Your Honor approved the issuance of a Petition for Summons for Dufloth to appear before the Court on violations of supervised release. This petition alleges that he has violated several conditions, including methamphetamine use and gambling. Dufloth's revocation hearing is set for May 16, 2023.

**RE: Ronald Lynn Dufloth**

Prob12B
D/NV Form
Rev. June 2014

A modification was ordered by the Court on March 27, 2023, to extend GPS Location Monitoring for an additional 30 days and Residential Reentry Center placement for up to an additional 60 days.

Dufloth resided at the Residential Reentry Center (RRC) until April 7, 2023, when he was approved to move to a sober living facility, New Start Sober Living House, 3591 Algonquian Drive, Las Vegas, Nevada 89169. On April 17, 2023, Dufloth was terminated from this program. Contact with the program director revealed that he was removed from the program for not attending a single AA/NA meeting, violating curfew, and breaking house rules.

On April 7, 2023, the first night Dufloth was approved to leave the RRC he spent the entire evening at the Santa Fe Hotel/Casino. Although he denied gambling, he was informed he was not to enter a gaming establishment. Again, on April 17, 2023, Dufloth was at bar/gaming establishment.

On April 17, 2023, Dufloth reported to the U.S. Probation Office where he tested positive for alcohol (Breath Alcohol Content of .016%) and methamphetamine. Dufloth admitted to Supervisory United States Probation Officer Todd Fredlund to drinking a beer prior to coming to the probation office.  He further admitted to using methamphetamine with a "girl" at a fair in Logandale, NV on April 16, 2023.

Considering ongoing violations of drug use and entering gaming establishments, it is recommended his current GPS Monitoring (standalone) be extended for an additional 30 days, as the current order for GPS monitoring will expire May 2, 2023. Dufloth has agreed to the extension as witnessed by his signature on the attached Waiver (PROB 49) of hearing.

In addition, Dufloth was returned to the RRC under the previous order of this Court entered on March 27, 2023 (ECF No. 59). Dufloth initially entered the RRC on January 4, 2023 and was permitted to leave on April 7, 2023. Dufloth returned to the RRC on April 19, 2023 and has approximately 50 days of placement at the RRC under the existing order.

The Probation Office is attempting to continue to assist Dufloth with his sobriety and gambling addiction. Continued monitoring via GPS is needed to deter him from continuing to enter gambling and/or alcohol establishments.  GPS monitoring coupled with his placement at the RRC, will continue to restrict and monitor Dufloth's movement in the community.

**RE: Ronald Lynn Dufloth**

Prob12B
D/NV Form
Rev. June 2014

Respectfully submitted,

Digitally signed by
Annis C. Seopaul Sones
Date: 2023.04.27
09:25:03 -07'00'

Annis C Seopaul
United States Probation Officer

Approved:

Digitally signed by Todd
Fredlund
Date: 2023.04.26 15:55:41
-07'00'

Todd J. Fredlund
Supervisory United States Probation Officer

## THE COURT ORDERS

☐ No Action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above

☐ Other (please include Judicial Officer instructions below):

-------------------------------------------------------------------------------

-------------------------------------------------------------------------------

-------------------------------------------------------------------------------

Signature of Judicial Officer

5/8/2023
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

### District of Nevada

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1.  **GPS Location Monitoring (Standalone) – You will be monitored by the form of GPS location monitoring technology for an additional 30 days. You must follow the rules and regulations of the location monitoring program. You must pay the costs of the program, based on your ability to pay.**

Witness _____
U.S. Probation Officer

Signed _____
Probationer or Supervised Releasee

_____
Date   4/17/23