RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Ronald Lynn Dufloth

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RONALD LYNN DUFLOTH,<br><br>　　　　Defendant. | Case No. 2:18-cr-00035-KJD-NJK-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Ronald Lynn Dufloth, that the Revocation Hearing currently scheduled on May 16, 2023, be vacated and continued to June 13, 2023.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel will be out of district on the current revocation hearing date, May 16, 2023.

　　　　2.　　The defendant is not in custody and agrees with the need for the continuance.

　　　　3.　　The parties agree to the continuance.

　　　　This is the second request for a continuance of the revocation hearing.

DATED this 2nd day of May, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joy Chen*<br>JOY CHEN<br>Assistant Federal Public Defender | By */s/ Daniel J. Cowhig*<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>RONALD LYNN DUFLOTH,<br><br>          Defendant. | Case No. 2:18-cr-00035-KJD-NJK-1<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, May 16, 2023 at 12:00 p.m., be vacated and continued to June 13, 2023 at the hour of 10:30 a.m. in courtroom 4A; or to a time and date convenient to the court.

   DATED this 8th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE

3